# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| THOMAS BURNES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00054-JRG-RSP |
| | § | |
| TATE & KIRLIN ASSOCIATES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Thomas Burnes' and Defendant Tate & Kirlin Associates, Inc.'s Joint Stipulation of Dismissal with Prejudice. (Dkt. No. 15.) Within this Stipulation, Plaintiff indicates that he stipulates dismissal with prejudice of all of his claims against Defendant pursuant to Rule 41(a)(1)(A)(ii). The Parties also stipulated that each party will bear its own fees and costs.

After consideration, the Court **APPROVES** of the Parties' Stipulation. It is therefore **ORDERED** that all claims are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the Parties shall each bear their own fees and costs. The Clerk is directed to close this case.

**So Ordered this**
**Sep 18, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE